PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
ALEXANDRE DEMPSEY
STEPHANIE STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, et al.<br><br>Defendants. | CASE NO. 1:19-CR-00003-DAD<br><br>STIPULATION AND PROPOSED ORDER FOR DEPOSITION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 15<br><br>DATE: March 28, 2022<br>TIME: 09:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION OF THE PARTIES**

1. Federal Rule of Criminal Procedure 15(a)(1) provides in pertinent part that "a party may move that prospective witness be deposed in order to preserve testimony for trial." Federal Rule of Criminal Procedure 15(h) further provides that the parties may agree to the taking and use of a deposition with the court's consent.

2. The parties expect that Mr. William Michael Crumley will be called at trial to testify about the alleged retirement or pension savings plans associated with the defendants. This testimony is the subject of the mail fraud charges found in Count 4 of the first superseding indictment.

3. Mr. Crumley is currently dealing with serious health issues and undergoing intense treatment for these issues. While his most recent prognosis was positive, given Mr. Crumley's relatively advanced

1

age and current health issues, it is unknown whether he will be available for the trial, which is currently not scheduled.

4. The parties jointly request, stipulate and agree that the taking of Mr. Crumley's deposition is necessary to preserve his testimony in the event he becomes unavailable for trial. Pursuant to Fed.R.Crim.P. 15(h), the parties hereby request the Court's consent to take Mr. Crumley's deposition and should he be unavailable, to use that deposition at trial, subject to the Federal Rules of Evidence.

5. The parties have agreed, should the Court consent, to take Mr. Crumley's deposition on March 29, 2022 at 1:00 p.m. at the Robert E. Coyle Federal Building and U. S. Courthouse located at 2500 Tulare Street, Fresno, CA.

Dated:  March 24, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated:  March 24, 2022

/s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
AGRICULTURAL
CONTRACTING SERVICES
ASSOCIATION AND
MARCUS ASAY

Dated:  March 24, 2022

/s/ ROGER NUTTALL
ROGER NUTTALL
Counsel for Defendant
ANTONIO GASTELUM

**ORDER**

Pursuant to the above stipulation and agreement of the parties, the Court finds that:

1. It is necessary to take Mr. Crumley's deposition to preserve his testimony for trial;

2. Based upon the agreement of the parties, the Court consents to taking of Mr. Crumley's deposition under Federal Rule of Criminal Procedure 15(h);

3. The Court consents to the use of the deposition at trial should Mr. Crumley become unavailable, subject to the Federal Rules of Evidence.  Federal Rule of Criminal Procedure 15(f) and (h); and

4. The deposition shall take place on March 29, 2022 at 1:00 p.m. at the Robert E. Coyle Federal Building and U. S. Courthouse located at 2500 Tulare Street, Fresno, CA.  This order suffices as reasonable written notice under Federal Rule of Criminal Procedure 15(b)(1).

IT IS SO ORDERED.

Dated:   **March 24, 2022**                                    /s/ Dale A. Drozd
                                                               UNITED STATES DISTRICT JUDGE