UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RE: ) 1:19-CR-00003-DAD
)
) USA v. AGRICULTURAL CONTRACTING SERVICES
) ASSOCIATION ET. AL.
IN THE MATTER OF JURY FEE )
)
)
)
)

Pursuant to Title 28, United States Code, Section 1871(b)(2) a petit juror required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of ten days on which he is required to hear such case.

IT IS HEREBY ORDERED that the jurors in the above entitled case be paid the $60.00 per day for their service.

Date: May 7, 2024

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE