ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendants,
AGRICULTURAL CONTRACTING
SERVICES ASSOICIATION, dba
AMERICAN LABOR ALLIANCE,
MARCUS ASAY,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:19-CR-00003-DAD |
| Plaintiff, | **STIPULATION RE: MOTION FOR JUDGEMENT OF ACQUITTAL PURSUANT TO RULE 29 AND NEW TRIAL PURSUANT TO RULE 33 AND ORDER** |
| v. | |
| AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY, and ANTONIO GASTELUM, | |
| Defendants. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

The defendant, Agricultural Contracting Services Association, dba American Labor Alliance, and Marcus Asay, by and through their attorney of record, Anthony P. Capozzi, and defendant, Antonio Gastelum, by and through his attorney, Mike McKneely, and the United States of America, by and through their attorneys, Assistant United States Attorney, Mike Tierney, Assistant United States Attorney, Joseph Barton and Assistant United States Attorney,

Stephanie Stokman hereby stipulate that the motion for a new trial pursuant to Rule 29 of the Federal Rules of Criminal Procedure shall be filed on September 13, 2024.

The response on October 4, 2024, and the reply on October 11, 2024.  The sentencing date is to remain on October 21, 2024.

Dated: June 27, 2024,            BY:     */s/ Anthony P. Capozzi*_____
                                         ANTHONY P. CAPOZZI, Attorney for
                                         Marcus Asay and Agricultural Contracting Services
                                         Association, dba American Labor Alliance

Dated: June 27, 2024.            By:     /s/ Mike McKneely_____
                                         MIKE MCKNEELY, Attorney for
                                         Antonio Gastelum

Dated: June 27, 2024,            By:     */s/ Michael G. Tierney*_____
                                         MICHAEL G. TIERNEY,
                                         Assistant United States Attorney

Dated: June 27, 2024,            By:     */s/ Joseph Barton*___ _____
                                         JOSEPH BARTON,
                                         Assistant United States Attorney

Dated: June 27, 2024,            By:     */s/Stephanie Stokman*_____
                                         STEPHANIE STOKMAN,
                                         Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the motion for a new trial is to be filed on September 13, 2024, the response on October 4, 2024, the reply on October 11, 2024, the sentencing date to remain on October 21, 2024.

IT IS SO ORDERED.

Dated:   **June 29, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE