Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
ANTONIO GASTELUM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION *et al.*,<br><br>Defendants. | Case No.   1:19-cr-00003-DAD<br><br>**STIPULATION AND ORDER REGARDING POST-TRIAL MOTIONS AND SENTENCING** |

## STIPULATION

Defendants Agricultural Contracting Services Association *dba* American Labor Alliance ("ALA") and Marcus Asay, by their counsel Anthony P. Capozzi, and Antonio Gastelum, by his counsel Michael McKneely, and the United States of America through its counsel Assistant United States Attorneys Michael G. Tierney, Stephanie M. Stokman and Joseph D. Barton, hereby stipulate as follows:

1. By previous stipulation between the parties and order of the Court (Dkt. 231) filings in the nature of post-trial motions for new trial under Rule 29 of the Federal Rules of Criminal Procedure are due on or before September 13, 2024 and sentencing is scheduled for October 21, 2024.

2. Since the previous order issued, defense counsel have been obtaining and

1 reviewing the necessary transcripts but have also each been separately engaged in other
2 matters including trials and need additional time to competently and effectively prepare
3 the necessary motions given the voluminous record.

4     3.    Defense counsel also need additional time to prepare and provide
5 materials to the probation office to facilitate the presentence investigation.

6     4.    In view of obligations all counsel have in the coming two months, and the
7 approaching holidays, counsel agree that the sentencing in this matter should be
8 postponed to Tuesday **January 14, 2025**.

9     5.    Counsel agree that good cause exists to continue the sentencing and
10 request the Court make that finding.

11     6.    In order to facilitate the informal objection process during the holiday
12 season, counsel further agree to a shortened informal objection deadline following the
13 disclosure of the draft presentence reports. Informal objections will be due on
14 December 10, 2024.

15     7.    The parties further stipulate that the defense motion deadline of
16 September 13, 2024 be extended to Monday **November 25, 2024**. The oppositions
17 will be due on or before Friday **December 27, 2024**. Reply briefs are due on or before
18 Monday **January 6, 2025**.

19 IT IS SO STIPULATED

20 DATED: September 12, 2024        PHILLIP A. TALBERT
    United States Attorney

22 By:  s/ Michael G. Tierney by authorization
    Michael G. Tierney
23     Stephanie M. Stokman
    Joseph D. Barton
24     Assistant United States Attorneys

McNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

DATED: September 12, 2024      LAW OFFICE OF ANTHONY P. CAPOZZI

By: s/ Anthony P. Capozzi by authorization
Anthony Capozzi
Attorneys for Agricultural Contracting
Services Association dba American
Labor Alliance, and Marcus Asay

DATED: September 12, 2024      McKNEELY LAW FIRM

By: s/ Michael McKneely
Michael McKneely
Attorneys for Antonio Gastelum

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court finds good cause to continue the sentencing in this matter to **January 14, 2025 at 9:30 a.m. before District Judge Dale A. Drozd in Courtroom 4 (DAD)** and accepts the stipulation of the parties and orders the deadline for defense post-trial motions be **November 25, 2024,** oppositions are due **December 27, 2024** and replies are due **January 6, 2025**. Informal objections to the draft presentence reports will be due on **December 10, 2024**.

IT IS SO ORDERED.

September 17, 2024

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE