ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:       (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
MARCUS ASAY,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:19-CR-00003-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY, and ANTONIO GASTELUM, | |
| Defendants. | |

Defendants have moved for an extension of time to file their post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure which are currently due for filing on November 25, 2024. (Doc. No. 244.) The court understands that the government opposes the requested extension of time.

Nonetheless, the court will grant the requested extension of time. The filing date of the defense motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure is extended to December 9, 2024, the government's opposition brief is now due on January 10, 2025, and defendants' reply, if any, is to be filed by January 17, 2025. The hearing on the motions and the sentencing hearing are both now rescheduled for March 3, 2025, at 9:30 a.m. in

the undersigned's Sacramento courtroom.  **However, no further continuances of this hearing and sentencing date in this case will be granted absent a compelling showing of good cause.**

    IT IS SO ORDERED.

Dated:  **November 22, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE