UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY,<br><br>Defendants. | CASE NO.: 1:19-CR-00003-DAD<br><br>**ORDER GRANTING IN PART DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY BRIEFS** |

Defendants have moved for an extension of time to file their reply briefs in support of their motions for judgment of acquittal or a new trial. (Doc. Nos. 254, 255.) The government opposes the motion, pointing out that defendants have had more than adequate time to brief the pending motion following the return of the jury verdict in this case almost seven months ago on June 18, 2024. The undersigned agrees with the government.

Nonetheless the Court will grant the defendants' request for an extension of time to file their reply briefs in support of their pending motions in part and extend the time for the filing of those briefs to February 7, 2025. However, no further extensions of time will be granted for this purpose absent a compelling showing of good cause in excess of the showing made in support of this request. Moreover, the court advises all counsel that it intends to proceed with the hearing

on the defendants' motion and, if appropriate thereafter, with the sentencing of the defendants on the currently scheduled hearing date of March 3, 2025 at 9:30 a.m. in Courtroom 4 of the Robert T. Matsui Federal Courthouse in Sacramento.

IT IS SO ORDERED.

Dated:  **January 17, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE