UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGRICULTURAL CONTRACTING SERVICES ASSOCIATION, dba AMERICAN LABOR ALLIANCE, MARCUS ASAY, and ANTONIO GASTELUM,<br><br>Defendants. | No. 1:19-cr-00003-DAD<br><br>ORDER CONTINUING HEARING ON MOTIONS FOR JUDGMENT OF ACQUITTAL OR A NEW TRIAL AND SENTENCING HEARING<br><br>(Doc. No. 273) |

This case is currently set for hearing on the defendants' motions for a judgment of acquittal or new trial and for sentencing on March 24, 2025. (Doc. No. 262.) On March 19, 2025, counsel on behalf of defendant Asay moved to continue that hearing based upon the asserted need to be prepared to respond to the government's sentencing related filings of that same day. (Doc. No. 273.) Counsel for defendant Asay represents to the court that he has spoken to counsel for defendant Gastelum and that although the co-defendant's counsel is out of the country he has indicated his desire to join in the request for a continuance. (*Id.* at 2.) The government immediately filed an opposition to the request for a continuance. (Doc. No. 274.) The court finds the government's opposition to the request to be well-taken.

Nonetheless, the motions and sentencing hearings will be continued one week to March 31, 2025 at 9:30 a.m. While the undersigned perhaps should have expected voluminous filings by all parties in connection with the upcoming hearing in light of the history of this litigation, the fact of the matter is that the court has nonetheless been surprised by the extent of those filings. While the court was hopeful that it could be prepared to proceed, the government's filing of two documents made up of approximately 42-pages on March 19 for the March 24, 2025 hearing, along with defendant Asay's *ex parte* filing on the same date has caused the court to conclude that it simply cannot be adequately prepared for sentencing on the scheduled date in light of the press of the other cases the undersigned is also presiding over.

Nonetheless, the court agrees with the government that this case must proceed as soon as possible. Accordingly, the hearing on the defendants' post-trial motions and the sentencing hearing as to all defendants is continued one week, to March 31, 2025 at 9:30 a.m. in the courtroom of the undersigned. The court also directs the government to file a notice of its position regarding defendant Asay's Notice of Request to Seal (Doc. No. 272) by March 21, 2025. The court discourages any further filings by the parties prior to the March 31, 2025 hearing. If anything further is filed by any party prior to that hearing, it must be filed by March 25, 2025 to be considered by the court and must be concise.

IT IS SO ORDERED.

Dated:  **March 20, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE