ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile      (559) 221-7997
E-Mail:        Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
MARCUS ASAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>    Plaintiff,<br><br>    v.<br><br>MARCUS ASAY,<br><br>    Defendant. | CASE NO.: 1:19-CR-00003-DAD<br><br>**NOTICE AND ORDER**<br>**TO SEAL THE DECLARATION OF**<br>**ANTHONY P. CAPOZZI** |

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 141, Local Rules of the United States District Court of the Eastern District of California, Anthony P. Capozzi, as attorney for defendant, Marcus Asay, has submitted to the Court a Request to Seal Declaration of Anthony P. Capozzi to be filed **UNDER SEAL**.

                                                    Respectfully submitted,


Dated: December 22, 2025,          By:*/s/ Anthony P. Capozzi*_____
                                                    ANTHONY P. CAPOZZI, Attorney for
                                                    MARCUS ASAY

# ORDER

Pursuant to Local Rule 141(b) IT IS HEREBY ORDERED that the Declaration of Anthony P. Capozzi, as attorney for defendant Marcus Asay pursuant to 18 U.S.C. § 3006A be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The court finds that, for the reasons stated in the defendant's request, sealing the defendant's ex parte motion serves a compelling interest. The court further finds that, in the absence of closure, the compelling interest identified by the defendant would be harmed. In light of the public filing of its requests to seal, the Court further finds that there are no additional alternatives to sealing the defendant's ex parte motion that would adequately protect the compelling interest identified by the defendant.

IT IS SO ORDERED.

Dated: **December 22, 2025**          *Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE