Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant:
ANTONIO GASTELUM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>AGRICULTURAL CONTRACTING<br>SERVICES ASSOCIATION *et al.*,<br>*Defendants.* | Case No.    1:19-cr-00003-DAD<br><br>**ORDER UNSEALING TRANSCRIPT** |

### ORDER

The Court, having considered Defendant Gastelum's unopposed motion to unseal (Doc. 367) and finding good cause therein hereby orders that Docket 332 (an 11 page transcript of a previously sealed *in camera* proffer regarding trial witness Stephanie Copner) be and is unsealed.

IT IS SO ORDERED.

Dated:   **April 29, 2026**   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER UNSEALING TRANSCRIPT                                                    -1-